# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal Case No. 13-MJ-00100-DLW**
**Central Division, District of Utah Case No.: 2:10-CR-00177-DB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**1. FORDELL HILL,**

 **Defendant.**

_____

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
## FOR ORDER OF DETENTION

_____

      **THIS MATTER** came before the Court for an identity and detention hearing on January 7, 2013 regarding a Petition for Violation of Supervised Release and Warrant for Arrest of Supervised Releasee from the Central Division, District of Utah. Present were the following: Dondi Osborne, Assistant United States Attorney, David Greenberg, counsel for the Defendant, and the Defendant. Also present was Erika Hitti, Probation/Pretrial Services Officer. The Defendant and his counsel executed a written waiver the identity, detention and preliminary hearing in this District.

      The underlying charge in this case was Assault with a Dangerous Weapon within Indian Country. The Petition alleges that the Defendant failed to submit a truthful and written report by the 5th day of the month for the month of September, 2012 and that the Defendant failed to notify his probation officer 10 days prior to a change in residence, has failed to provide the Probation Office with a valid address and his whereabouts are currently unknown. The Defendant was arrested in the District of Colorado on or about December 31, 2012. During a hearing on January 7, 2013, the Defendant waived his right to an identity, detention and preliminary hearing under Rule 32.1 of the Federal of Criminal Procedure in this District. Based upon the facts alleged in the Petition and in light of the Defendant's waivers, the Court finds that probable cause exists to believe that the Defendant violated one or more conditions of his release.

Under Rule 32.1, the Court "may release or detain the [Defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [Defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition for Violation of Supervised Release. I have also considered defense counsel's statement that his client does not contest the government's request for detention. Under the circumstances, I find that the Defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter. In particular, I note that the Defendant was arrested in the District of Colorado and the Probation Office for the Central Division, District of Utah had no knowledge of the Defendant's current address or whereabouts. The petition further indicates that the Defendant had failed to submit his monthly report for the month of September, 2012.

This Court has also has a prior case, 10-MJ-00149-DLW, where this Defendant was previously arrested in this District for other violations of his supervised release in the same case out of the Central Division, District of Utah.

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety of the community. I further find, by a preponderance of evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the Defendant.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of transporting the Defendant back to Central Division, District of Utah for further proceedings in that District.

The Defendant will be notified of his next Court appearance.

**DATED and ENTERED** this 7th ay of January, 2013.

**BY THE COURT:**


**s/David L. West**
**United States Magistrate Judge**